FILED
2013 Aug-30 AM 09:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| KENNETH L. POLLARD, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| vs. ) | Case No. 1:12-cv-02379-JHH-HGD |
| ) | |
| FLOYD ESTES, Warden, and ) | |
| THE ATTORNEY GENERAL OF ) | |
| THE STATE OF ALABAMA, ) | |
| ) | |
| Respondents ) | |

## **MEMORANDUM OPINION**

On August 12, 2013, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. On August 26, 2013, petitioner filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case and the magistrate judge's report and recommendation and the petitioner's objections thereto, each of those objections is **OVERRULED**, and the court hereby **ADOPTS** the report of the magistrate judge. The court further **ACCEPTS** the recommendations of the magistrate judge that the petition for writ of habeas corpus be denied.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

**DONE** this the   30th   day of August, 2013.

_____
SENIOR UNITED STATES DISTRICT JUDGE